IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KENESHA SMITH                                                                                   PLAINTIFF

VS.                                                        CIVIL ACTION NO. 4:21-CV-084-SA-JVM

HUMPHREYS COUNTY, MISSISSIPPI;
HUMPHREY'S COUNTY SHERIFF
CHARLES SHARKEY, IN HIS OFFICIAL
AND INDIVIDUAL CAPACITY;
DEAN JOHNSON, IN HIS INDIVIDUAL
CAPACITY; AND TYRONE GARDNER
IN HIS INDIVIDUAL CAPACITY                                                          DEFENDANTS

## STATEMENT NOTING DEATH OF HUMPHREYS COUNTY SHERIFF CHARLES SHARLEY

Defendants note upon the record, pursuant to Federal Rule of Civil Procedure Rule 25(a)(1), the death of Humphreys County Sheriff, Charles Sharkey on March 7, 2022.

Respectfully submitted,

HUMPHREYS COUNTY, MISSISSIPPI;
HUMPHREY'S COUNTY SHERIFF
CHARLES SHARKEY, IN HIS OFFICIAL
AND INDIVIDUAL CAPACITY;
DEAN JOHNSON, IN HIS INDIVIDUAL
CAPACITY; AND TYRONE GARDNER
IN HIS INDIVIDUAL CAPACITY

BY:   */s/ Silas W. McCharen*
         OF COUNSEL

SILAS W. MCCHAREN - MS BAR NO. 2213
smccharen@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
4400 OLD CANTON ROAD, SUITE 400
POST OFFICE BOX 1084
JACKSON, MISSISSIPPI 39215-1084
TELEPHONE:  601-969-7607
FACSIMILE:   601-969-1116

## **CERTIFICATE OF SERVICE**

I do hereby certify that on March 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all known counsel of record.

>*/s/ Silas W. McCharen*
>SILAS W. McCHAREN