IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

KENESHA SMITH                                                                                   PLAINTIFF

VS.                                          CIVIL ACTION NO. 4:21-CV-084-SA-JMV

HUMPHREYS COUNTY, MISSISSIPPI;
HUMPHREY'S COUNTY SHERIFF
CHARLES SHARKEY, IN HIS OFFICIAL
AND INDIVIDUAL CAPACITY;
DEAN JOHNSON, IN HIS INDIVIDUAL
CAPACITY; AND TYRONE GARDNER,
IN HIS INDIVIDUAL CAPACITY                                      DEFENDANTS

## **JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT**

COME NOW the plaintiff and the defendants, by and through counsel, and file the following Joint Motion for Court Approval of Settlement:

1. Plaintiff Kenesha Smith ("Smith") filed suit against the defendants, seeking, among other damages, recovery of unpaid wages, including unpaid overtime wages, under the Fair Labor Standards Act ("FLSA").

2. Smith worked as a 911 dispatcher for Humphreys County from the Fall of 2020 to March 2021. Smith alleges that she was not paid for working overtime hours during her employment period. More specifically, Smith contends that she worked as many as sixty (60) hours every other week (but acknowledges that she worked less than forty (40) hours in the other weeks) while she was employed with Humphreys County.

3. During discovery, Humphreys County produced time cards for Smith that did not clearly reflect how many hours Smith worked for the entirety of her employment with Humphreys County. The time records show that Smith did receive some overtime pay while working for Humphreys County, but there is a dispute as to how many hours Smith actually worked and

whether she was paid for every hour of overtime she worked. Humphreys County also contends that even if Smith were entitled to recover some level of unpaid overtime wages, its failure to pay the full amount of overtime wages to Smith was a good faith mistake and was not willful, such that Smith would not be entitled to an award of liquidated damages.

4. Smith, by and through her counsel, submitted the following calculations to Humphreys County at the conclusion of discovery:

    a. 40 hours overtime per month x 5 months = 200 hours

    b. 200 hours x $6.25 (half of Smith's regular pay rate) = $1,250.00

    c. $1,250 in overtime wages + $1,250 in liquidated damages = $2,500.00

Smith also demanded $2,500.00 in attorney's fees and reimbursement of a $402.00 filing fee to resolve her FLSA claim.

5. While Humphreys County disputes the validity of Smith's FLSA claim, Humphreys County has nevertheless agreed to pay the full amount of Smith's demanded damages - $5,402.00.

6. As set out above, the parties, by and through their respective counsel, have agreed to resolve Smith's FLSA claim, subject to the Court's approval, for the total amount of Five Thousand Four Hundred Two and no/100 Dollars ($5,402.00). The total figure will be divided, as follows:

    a. $2,500.00 to Smith,

    b. $2,500.00 to Smith's attorneys, and

    c. $402.00 to Smith's attorneys as reimbursement for the filing fee.

7. This FLSA settlement, if approved, along with the parties' agreement as to Smith's other claims against the defendants, will resolve the pending litigation in its entirety. If this

{D2045368.1}

proposed FLSA settlement is approved, Smith has agreed to execute an Absolute Release and Settlement Agreement in favor of the defendants and to submit an Agreed Order of Dismissal with Prejudice of the pending action.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that the Court grant the instant Joint Motion for Court Approval of Settlement and approve the settlement of the Smith's FLSA claims.

HUMPHREYS COUNTY, MISSISSIPPI, *et. al*

BY: */s/ Timothy M. Peeples*

TYRONE GORDON

BY: /s/ *John Hill*

KENESHA SMITH

BY: */s/Peter Teeuwissen*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification to all counsel of record

*/s/ Timothy M. Peeples*
TIMOTHY M. PEEPLES
tpeeples@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
265 NORTH LAMAR BOULEVARD, SUITE R
P. O. BOX 1396
OXFORD, MS 38655-1396
(662) 232-8979 TELEPHONE
(662) 232-8940 FACSIMILE

{D2045368.1}